1  Elayna J. Youchah
   Nevada State Bar No. 5837
2  Lisa A. McClane
   Nevada State Bar. No. 10139
3  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Pkwy, Suite 600
4  Las Vegas, Nevada 89169
   Tel: (702) 921-2460
5  Email: youchahe@jacksonlewis.com
   Email: lisa.mcclane@jacksonlewis.com
6
7  *Attorneys for Defendant*
   *Democracy Prep Agassi Campus*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JONI M. COSTELLO, individually;<br><br>Plaintiff,<br><br>vs.<br><br>DEMOCRACY PREP AGASSI CAMPUS, a Nevada Non-Profit Corporation; Does 1 through 100; and ROE ENTITIES A through Z, inclusive;<br><br>Defendants. | Case No. 2:17-cv-02491-JAD-VCF<br><br>**STIPULATION TO EXTEND DUE DATE FOR RESPONSIVE PLEADING TO AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff Joni M. Costello ("Plaintiff") and Defendant Democracy Prep Agassi Campus ("Defendant"), by and through their respective counsels of record, submit this stipulation to extend the due date for Defendant's responsive pleading to Plaintiff's First Amended Complaint from December 26, 2017 to January 5, 2018.

## **BACKGROUND**

Defendant's counsel, Elayna J. Youchah, was recently asked to assist in the representation of Defendant in the above captioned matter. Ms. Youchah's calendar for the period between December 11, 2017 and the end of the year is extraordinarily busy and includes attendance at Early Neutral Evaluations, assistance with the preparation for trial scheduled in federal court on a two

week stack, with calendar call set for January 2, 2018, and additional matters requiring filings in this Court as well as in state court. For this reason, Defendant's seek an eight (8) work day extension of the due date for the responsive pleading.

**STIPULATION**

NOW THEREFORE, the parties hereby agree and stipulate as follows:

The deadline for Defendant to file its responsive pleading shall be extended from December 26, 2017 to January 5, 2018.

DATED this 12th day of December 2017.

JACKSON LEWIS P.C.

*/s/ Elayna J. Youchah*
Elayna J. Youchah, Bar No. 5837
Lisa A. McClane, Bar No. 10139
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Democracy Prep Agassi Campus*


PAUL PADDA LAW, PLLC

*/s/ Paul S. Padda*
Paul S. Padda, Esq., Bar No. 10417
Joshua Y. Ang, Esq., Bar No. 14026
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103

*Attorneys for Plaintiff*
*Joni M. Costello*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: December 12, 2017