PAUL S. PADDA, ESQ. (NV Bar #10417)
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JONI M. COSTELLO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>DEMOCRACY PREP AGASSI CAMPUS, a Nevada Non-Profit Corporation; ANDRE AGASSI COLLEGE PREPARATORY ACADEMY; DOES 1 through 100; and ROE ENTITIES A through Z, inclusive;<br><br>Defendants. | Case No. 2:17-cv-2491-JAD-VCF<br><br>**STIPULATION FOR DISMISSAL (WITHOUT PREJUDICE)**<br><br>ECF Nos. 14, 15, 17 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's Local Rule 7-1, the parties stipulate to dismissal of this civil action (without prejudice). Each party to bear its own attorney's fees and costs. Additionally, the parties stipulate that Defendants' motion to dismiss filed on January 5, 2018 (ECF #15) should be denied as moot. Finally, and in light of the foregoing, the parties respectfully request that the Court vacate the Early Neutral Evaluation session currently scheduled for March 7, 2018 (ECF #16).

With respect to the Court's Order issued on January 2, 2018 (ECF #14), undersigned counsel for the Plaintiff wishes to personally apologize to the Court (as he has already done to opposing counsel) for the unnecessary confusion engendered in this case because of procedural mistakes by his associate in seeking consolidation. Undersigned counsel accepts full

1

responsibility for what occurred and wishes to advise the Court that it will not happen again.

The parties respectfully request that the Court approve this stipulation by ordering the relief requested herein.

Respectfully submitted,

/s/ Lisa A. McClane

Lisa A. McClane, Esq.
JACKSON LEWIS, P.C.

Counsel for Defendants
Democracy Prep Agassi Campus
and Andre Agassi College Preparatory
Academy

Dated: January 11, 2018

/s/ Paul S. Padda

Paul S. Padda, Esq.
PAUL PADDA LAW, PLLC

Counsel for Plaintiff Joni Costello

Dated: January 11, 2018

**IT IS SO ORDERED:**

**The Court having reviewed the foregoing stipulation between the parties it is hereby ordered that:**

1. **This matter is dismissed without prejudice, each party to bear its own fees and costs;**

2. **The motion to dismiss filed by Defendants on January 5, 2018 (ECF #15) is denied as moot;**

3. **The Early Neutral Evaluation session scheduled for March 7, 2018 (ECF #16) is vacated.**

4. **The Order to Show Cause [#14] is deemed discharged.**

_____
U.S. District Judge Jennifer Dorsey
January 12, 2018